**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

TIMOTHY M. SHILLING,             :    No. 325 WAL 2017
                                    :
            Petitioner       :
                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court
           v.                   :
                                    :
                                    :
PAULA SUE SHILLING,           :
                                    :
           Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal and Application for Injunctive Relief are **DENIED**.